IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| COMPASS BANK, | § | |
|---|---|---|
| Plaintiff/Garnishor, | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-266 |
| BANK OF THE WEST, | § | |
| Defendant/Garnishee. | § | |

## WRIT OF GARNISHMENT

To BANK OF THE WEST, Garnishee:

In Case No. EP-11-228-PRM, styled as *Compass Bank v. Carlos E. Veytia & Veronica L. Veytia*, in the United States District Court for the Western District of Texas, El Paso Division, Plaintiff was Compass Bank and Carlos E. Veytia and Veronica L. Veytia were Defendants. On February 23, 2012, the Court issued a Judgment in favor of Compass Bank and against Carlos E. Veytia and Veronica L. Veytia, jointly and severally, for the sum of $9,852,036.51, and against Carlos E. Veytia, individually, for the sum of $498,318.60, both together with post-judgment interest at the applicable statutory rate.

Compass Bank has properly sought this Writ of Garnishment against you, Bank of the West. Accordingly, within twenty-one (21) days after you are served with this Writ through your registered agent, CT Corporation, located at 350 N. St. Paul Street, Suite 2900, Dallas, TX 75201-4234, you are commanded to do the following:

Serve an answer as Garnishee on Compass Bank, and file your answer with the Court.

In your answer, state under oath:

1

What, if anything, you are presently indebted to CARLOS E. VEYTIA and VERONICA L. VEYTIA and what effects, if any, of CARLOS E. VEYTIA and VERONICA L. VEYTIA you have in your possession;

What if anything, you were indebted to CARLOS E. VEYTIA and VERONICA L. VEYTIA when this Writ was served on you; and what effects, if any, of CARLOS E. VEYTIA and VERONICA L. VEYTIA you had in your possession at that time;

What persons you know of who are indebted to CARLOS E. VEYTIA and VERONICA L. VEYTIA or who have effects belonging to CARLOS E. VEYTIA and VERONICA L. VEYTIA in their possession.

Do NOT pay any debt to CARLOS E. VEYTIA and VERONICA L. VEYTIA.

Do NOT deliver to CARLOS E. VEYTIA and VERONICA L. VEYTIA any effects, pending further orders of the Court.

Your answer should be filed with the Court in this proceeding, Case No. 3:12-CV-266.

Your answer should be served on Compass Bank's counsel of record in that action:

> Sarah P. Santos
> THE DAVIS GROUP
> ATTORNEYS & COUNSELORS, P.C.
> ssantos@davisgrouppc.com
> The Weston Centre
> 112 E. Pecan Street, Suite 900
> San Antonio, Texas 78205
> Telephone: (210) 853-5882
> Facsimile: (210) 200-8395

United States District Court
Western District of Texas

CLERK OF COURT

**WILLIAM G. PUTNICKI**

Signed: _Michael E. Trujillo_

By: _Michael E. Trujillo_

Issued: _7-20-12_